# Harrison, Harrison & Associates, Ltd.

90 BROAD STREET, 2nd Floor
NEW YORK, NY, 10006
DIRECT DIAL (888) 239-4410
FAX (718) 799-9171
dharrison@nynjemploymentlaw.com

Address all mail to:
110 Highway 35, Suite 10
Red Bank, NJ  07701

April 7, 2021

**VIA ECF**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The conference is adjourned to May 20, 2021 at 2:30 p.m.
>
> SO ORDERED.
>
> New York, New York      /s/ John G. Koeltl
> April 7, 2021           John G. Koeltl, U.S.D.J.

Re:   *Perez v. Harooni & Sheindlin M.D., P.C. et al*
      No. 21-cv02058-JGK

Dear Judge Koeltl:

Our firm represents Plaintiff in the above-referenced matter and we write this letter –with the consent of Defendants' counsel - to respectfully request that the Court adjourn the Telephone Initial Conference currently scheduled for Monday May 17th at 2:30 PM.  This is the first request for an adjournment of this conference.  The reason for this request is because our office is closed for the Jewish holiday of Shavuot.  We respectfully request that the Court reschedule the Telephone Initial Conference to one of the following days; May 19th, 20th, 25th, 26th or 28th.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ David Harrison
David Harrison

cc:   ALL COUNSEL (via ECF)