UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOURDES PEREZ,

                Plaintiff,        21-cv-2058 (JGK)

    - against -             ORDER

HAROONI & SHEINDLIN M.D., P.C. ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The parties are ordered to file a Rule 26(f) report by **May 7, 2021.**

SO ORDERED.

Dated:  New York, New York
       April 20, 2021

                                    John G. Koeltl
                           United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-20-21