UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOURDES PEREZ,

        Plaintiff,

- against -

HAROONI & SHEINDLIN M.D., P.C. ET AL.,

        Defendants.

21-cv-2058 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

In view of the mediation scheduled for June 30, 2021, the conference scheduled for May 20, 2021 is adjourned until after the mediation is concluded.

SO ORDERED.

Dated: New York, New York
May 17, 2021

                                          John G. Koeltl
                                    United States District Judge